UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2009 JUN 18 P 2: 52

U.S. DISTRICT COURT
BRIDGEPORT, CONN

DANA MORSE

Plaintiff,

v.

Civil No. 3:08 CV-1757 (SRU)

ROGER NELSON et al.

Defendants.

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Dana Morse, Pursuant to Fed.R.Civ.P.56 (a) & (c), requests to move the Court for Summary Judgment in his favor on all claims before the Court at this time.

Defendant's ANSWER and Defense concedes to all plaintiff's claims and determines that all material facts in the claim are not genuinely at issue.

These material facts to the claims are as follows:

1)    Defendant Roger Nelson did present an intentional false report thus violating and depriving plaintiff's liberty and due process secured by the 5th & 14th Amendments of the Constitution of the United States.

2)    Defendant Roger Nelson did falsify evidence against plaintiff in such false report thus stating "a positive match between the Operating Under Influence suspect prints and NCIC prints of Dana Morse were found."

3)    Defendant Roger Nelson did conspire with other state's actors, namely detective Peter Youland of the Westbrook, Maine Police Department, to present false evidence and violate to deprive liberty and due process against plaintiff.

4)    Defendants' State of Connecticut, Board of Pardons and Parole, and Connecticut Department of Corrections falsely imprisoned plaintiff by delay/failure to have plaintiff brought before magistrate to determine lawfulness to extend restraint after 11/27/06, in violation of the 5th & 14th Amendments of the Constitution of the United States.

5)    Defendant's false imprisonment action is due to Defendant Roger Nelson's action of conspiracy of falsification of evidence.

1

6)    All Defendants' in claim conspired to deprive plaintiff of secured rights protected under the Constitution of the United States including but not limited to Due Process and Equal Protection of Laws.

Judgment may be rendered in that the pleadings and disclosure materials on file before the Court show that there is no genuine issue as to any material fact and the movant (plaintiff) is entitled to judgment as a matter of law.

Plaintiff moves to be awarded for compensatory damages upon the following:

1)    $1,000 a day of incarceration of false imprisonment, loss of liberty in violation of due process and equal protection, from November 27, 2006 until June 27, 2007 when entered into Maine custody................................................................. **$113,000**

2)    Damages against Bank of America by Defendants' (Docket No. CV-09-5006714S) SUPERIOR COURT, J.D. OF MIDDLESEX...........**$77,000 plus interest**.

3)    Damages for Judgment Lien assigned to Lien Factors, LLC, by assignment dated February 13, 2008 by Defendants' (Docket No. CV-09-5006714S) SUPERIOR COURT, J.D. OF MIDDLESEX.................................................................. **$18,294.00**

4)    Damage for Plaintiff's emotional and mental anguish, pain and suffering, public humiliation, defamation and slander............................................ **$300,000**

5)    Damage for Plaintiff's loss of salary, penalties lost, pension withdrawing and penalty, tax loss, health and welfare, loss of compound interest, and all benefits loss................................................................................................. **$500,000**

6)    Damages for loss/repossession of motor home and equity.............. **$30,000**

7)    Attorney's fees assessed................................................... **$250,000**

**Total Compensatory Damage**................................................**$1,750,000**

Judgment Award for Punitive and Exemplary Damages sought:

1)    State of Connecticut....................................................... **$1,000,000**

2)    Board of Pardons and Parole............................................. **$1,000,000**

3)    Connecticut Department of Corrections................................. **$1,000,000**

4)    Roger Nelson............................................................... **$1,000,000**

**Total Punitive and Exemplary Damages**……………………………… $4,000,000

**Total Compensatory and Punitive Damages**…………………….. $5,750,000

Plaintiff moves the Court for Summary Judgment and prays the Court enter Judgment in his favor in the amount above.

Dated: June 12th, 2009.

At Windham, Maine.

Dana P. Morse
Plaintiff
17 Mallison Falls Rd.
Windham, Maine
04062

## CERTIFICATION

Dana Morse hereby certifies that a copy of the Motion For Summary Judgment has been served upon Defendant's counsel at the following on this day by United States Mail from the Maine Correctional Center in Windham, Maine.

Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, Connecticut 06105

Dated: This the 12th day of June, 2009.

Dana P. Morse
Plaintiff
17 Mallison Falls Rd.
Windham, Maine
04062